IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>    Plaintiff,<br><br>vs.<br><br>Antonio Hermosillo-Barrera,<br><br>    Defendant. | NO.   CR 12-00221-TUC-RCC(BPV)<br><br>**REPORT AND RECOMMENDATION RE DEFENDANT'S MENTAL COMPETENCY TO STAND TRIAL** |

On January 8, 2012, Defendant Antonio Hermosillo-Barrera was arrested for illegal re-entry after deportation. The Defendant was indicted on February 1, 2012 [Doc. 5]. On February 16, 2012, defense counsel filed a Motion to Appoint Psychologist [Doc. 16] to examine the Defendant regarding mental competency. On February 27, 2012, Magistrate Judge Edmonds signed an Order [Doc. 17] authorizing Sergio Martinez, Ph.D., to perform said examination on Defendant. Based on Dr. Martinez's report [Doc. 27] dated March 16, 2012, an Order [Doc. 30] was entered by Magistrate Judge Edmonds on March 21, 2012, committing the Defendant to the custody of the Attorney General for hospitalization. A forensic evaluation [Doc. 33] was written by the Butner Federal Medical Center on August 28, 2012. On October 9, 2012, defense counsel filed a Request for Re-Evaluation [Doc. 40] and on that date Magistrate Judge Velasco entered an Order [Doc. 42] appointing Dr. Martinez to re-evaluate the Defendant.

A Status Conference was held on December 7, 2012 [Doc. 52] and Counsel stipulated that the Defendant be remanded to the custody of the Attorney General for further evaluation.

On December 10, 2012, Magistrate Judge Velasco entered an Order [Doc. 53] committing the Defendant to the custody of the Attorney General for hospitalization. A psychiatrict report [Doc. 55] dated February 1, 2013, was received from the Butner Federal Bureau of Prisons.

The matter came on for Evidentiary Hearing before the Court on July 22, 2013. The defense called as witnesses Dr. Sergio Martinez, Dr. Akhtar Hamadi, and Dr. Manuel Gutierrez.

On July 24, 2013, the Government filed a Memorandum Regarding Competency [Doc. 74]. The Defendant filed his Memorandum [Doc. 78] on July 30, 2013, and the Government filed its Response [Doc. 82] on August 14, 2013.

The Court, having considered the briefing, arguments, and evidence presented, recommends that the District Judge, after his independent review and consideration, enter an Order finding the Defendant Antonio Hermosillo-Barrera competent to stand trial and that this matter be set before the designated Magistrate Judge for arraignment.

## FACTS

Defendant Antonio Hermosillo-Barrera is charged with the offense of illegal re-entry after deportation. This is the Defendant's fifth illegal entry charge in three different Districts of the United States. The Defendant has raised his competency to stand trial and assist Counsel as a defense to his prosecution. In addition to the above-mentioned charges, he has 15 other convictions for offenses punishable from a fine to prison.

All mental health experts who examined the Defendant have found him to be malingering, whether he is competent or not. His past Court history and information currently available to date leads this Court to conclude the Defendant is competent to stand trial and that he is malingering to avoid the consequences of his conduct, which no longer appear to be acceptable to him for the offense charged.

Perhaps in a *de novo* hearing, the Defendant could present evidence from inmates who live with him to reach a different conclusion. That evidence, however, if it exists, is not before the Court.

## **CONCLUSION**

It is the recommendation of this Court that the District Judge, after his independent review and consideration, enter an Order finding the Defendant Antonio Hermosillo-Barrera competent to stand trial and that this matter be set before the designated Magistrate Judge for arraignment.

Pursuant to 28 U.S.C. §636(b)(1)(B), the parties have fourteen (14) days from the date of this Report and Recommendation to file written objections to these findings and recommendations with the District Court. Any objections filed should be filed as CR 12-00221-TUC-RCC. No Replies shall be filed unless leave is granted from the District Court.

DATED this 26th day of September, 2013.

_____
Bernardo P. Velasco
United States Magistrate Judge