IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, ) | No. CR12-00221-TUC-RCC(BPV) |
| Plaintiff, ) | **ORDER** |
| vs. ) | |
| Antonio Hermosillo-Barrera, ) | |
| Defendant. ) | |

The Court has reviewed the documents and pleadings filed in this case after oral argument of the parties. The Court concludes that without further evidence being submitted, the record before the Court supports the Magistrate Judge's findings that the defendant is competent to stand trial. The Court, as the Magistrate Judge concluded, believes that malingering is the most likely diagnosis and that the defendant is willfully refusing to cooperate with his attorney. This does not make him incompetent to stand trial.

**IT IS ORDERED** the Court adopts the Report and Recommendation of the Magistrate Judge (Doc. 83).

DATED this 17th day of January, 2014.

Raner C. Collins
Chief United States District Judge